| Loan No.: ▮▮8035<br><br>Application Date: October 20, 2016<br>This is the date you signed and submitted<br>this application to the lender. | **CONSUMER LOAN AGREEMENT** | Effective Date (e): October 21, 2016<br>The date you begin to pay interest on the<br>loan.<br><br>Maturity Date: May 31, 2017 |
| --- | --- | --- |

| Lender's Name: Make Cents, Inc<br>dba: Sovereign Advance<br>Address: PO Box 10<br>City, State, Zip: Parshall, ND 58770<br>Phone 701-862-2274<br>Email: support@sovereignadvance.com | Borrower's Name: Steven Pike<br>Borrower's ID: ▮▮35<br>Borrower Address: ▮▮▮▮▮▮<br>City, State, Zip: ▮▮▮▮▮<br>Phone: ▮▮▮▮<br>Borrower's Bank and Account Number for ACH Transfers (the "Bank Account")<br>▮▮▮▮▮▮▮ |
| --- | --- |

This Loan Agreement (the "Agreement") is subject solely to the exclusive laws and jurisdiction of the Mandan, Hidatsa and Arikara Nation, federally recognized as the Three Affiliated Tribes of the Fort Berthold Reservation ("MHA Nation"). In this Agreement, "you" and "your" refer to the Borrower identified above. "We", "us", "our", and Lender refer to Make Cents, Inc, d/b/a/ Sovereign Advance, a lender authorized by the laws of the MHA Nation. "Loan" means this consumer installment loan. By executing this Agreement, you hereby acknowledge and consent to be bound to the terms of this Agreement, consent to the sole subject matter and personal jurisdiction of the tribal courts of the MHA Nation, and further agree that no other state or federal law or regulation shall apply to this Agreement, its enforcement or interpretation.

**TRUTH IN LENDING DISCLOSURES:** The disclosures below are provided to you so that you may compare the cost of this loan to other loan products you might obtain in the United States. Our inclusion of these disclosures does not mean that we or any subsequent holder of this Agreement consent to application of state or federal law to us, to the loan, or this Agreement.

## TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
| --- | --- | --- | --- |
| 536.9348% (e) | $1,526.00 (e) | $800.00 | $2,326.00 |

Your payment schedule (the "Payment Schedule") will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
| --- | --- | --- |
| 1 | $256.00 | November 15, 2016 |
| 1 | $242.00 | November 30, 2016 |
| 1 | $228.00 | December 15, 2016 |
| 1 | $214.00 | December 30, 2016 |
| 1 | $200.00 | January 13, 2017 |
| 1 | $186.00 | January 31, 2017 |
| 1 | $172.00 | February 15, 2017 |
| 1 | $158.00 | February 28, 2017 |
| 1 | $144.00 | March 15, 2017 |
| 1 | $130.00 | March 31, 2017 |
| 1 | $116.00 | April 14, 2017 |
| 1 | $102.00 | April 28, 2017 |
| 1 | $88.00 | May 15, 2017 |
| 1 | $90.00 | May 31, 2017 |

PREPAYMENT: If you pay off the Loan early, you will not have to pay a penalty, and you may be entitled to a refund of part of the finance charge. See below for any additional information about nonpayment, default and prepayment.
SECURITY INTEREST: If you have chosen the ACH Debit Authorization option, your ACH authorization is security for this loan.
See the Loan Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment penalties.
(e) means estimated.

Itemization of Amount Financed: Amount given to you directly: $800.00. Amount paid on Loan No. N/A with us: N/A.

**LOAN CHARGES:** You are required to pay an origination fee of $ 0.00, which will be added to the principal amount of the Loan and is earned as of the Effective Date of the Loan. The origination fee is included as part of the calculation of the finance charge on your Loan.

**PROMISE TO PAY:** You are required to make periodic payments on this loan on the Payment Due Dates. You will make these payments every Payment Due Date until you have paid all of the principal and interest and any other charges as described in this Agreement. If at the end of the Payment Schedule, you still owe amounts under this Agreement, you will pay those amounts in full on that date, which is called the "Maturity Date".

**PAYMENTS:** You promise to pay the amount of the Total of Payments shown above on the Maturity Date. If you have chosen the ACH Debit Authorization option, you must make arrangements with us by 5:00 PM Eastern Time, on the business day prior to the Payment Due Date, so an authorized ACH entry is not initiated. If you choose to mail a payment, (i) all payments shall be mailed to Make Cents, Inc, d/b/a/Sovereign Advance, PO Box 10, Parshall, ND 58770, (ii) payment must reach this address by the Payment Due Date, and (iii) you should notify us prior to 5:00 PM Eastern Time the business day prior to Payment Due Date so an authorized ACH entry is not initiated prior to receipt of the payment. In addition, you agree that we cannot make and have not made the Loan contingent upon your obtaining any other product or service from us or anyone else.

**WHEN YOU BEGIN PAYING INTEREST:** You begin to pay us interest for the Loan on the anticipated date. The proceeds of the Loan are deposited into your Bank Account, which is October 21, 2016. The first Installment Period on the loan begins with the Effective Date and ends on the first Payment Due Date. Thereafter, each Installment Period begins on the first date following the Payment Due Date and ends on the next Payment Due Date. You will be charged interest on the entire Installment Period beginning on the first day of the Installment Period. In calculating your payments, we have assumed you will make each payment on the day and in the amount due. If any payment is received after the Payment Due Date, you may be required to pay any additional interest that accrues after such date. If any payment is made before the Payment Due Date, the interest is due for the entire Installment Period and no refund shall be made for the interest charged for the installment period. Time is of the essence, which means that there are no grace periods for when payments must be made. If any payment is due on a day on which your bank is not open, then such payment shall be due on the next day upon which your bank is open.

**VERIFICATION:** You authorize us to verify the information you provided to us in connection with your Loan application. You give us consent to obtain information about you from a consumer reporting agency or other sources. We reserve the right to withhold funding of this Loan, at any time prior to disbursement, to allow us to verify the information you have provided to us.

**ACH AUTHORIZATION TO CREDIT BANK ACCOUNT:** Unless the proceeds of this Agreement are applied to any outstanding loan balance that you may owe to us, you authorize us and our agents to initiate an Automated Clearing House ("ACH") credit entry to your Bank Account to disburse the proceeds of this Loan.

**ACH AUTHORIZATION TO DEBIT BANK ACCOUNT:** Unless you chose to mail to us a check or money order as payment for this Loan, you authorize us, and our agents, successors, employees, and registered assigns to withdraw money from your Bank Account for each payment you owe us, including any returned payment charges and the total amount you owe if you do not pay us when you agreed in this Agreement. You agree we can withdraw money from your Bank Account (called an 'ACH debit entry') on each scheduled payment date shown on the Payment Schedule above. This right to withdraw money from your Bank Account will remain in full force until the earlier of the following occurs: (i) you pay us everything that you owe us under this Agreement or (ii) you tell us or the institution holding your Bank Account (the "Paying Bank") that we can no longer withdraw money from your Bank Account in enough time to let the Paying Bank or us stop taking the money out of your Bank Account. You acknowledge and agree that this ACH Authorization to Debit Bank Account inures to the benefit of Make Cents, Inc, its affiliates, agents, employees, successors, and registered assigns.

**NOTICE OF VARYING AMOUNTS:** : For those customers who have chosen the ACH Debit Authorization, please note that you have the right to receive notice of all withdrawals from your Bank Account by an ACH Debit that vary in amount. However, by agreeing to let us withdraw the money from your Bank Account, you agree we only have to tell you the range of withdrawals that we can make. The range of withdrawals will be either an amount equal to your installment payment or an amount equal to the outstanding balance under the Loan (which may be greater than or less than an installment payment based upon your payment history). For any withdrawal outside of this specified range, we will send you a notice 10 days prior to the date of the debit. Therefore, by signing this Agreement below, you acknowledge that you will only receive notice when a withdrawal exceeds the amount in the specified range. You authorize us to vary the amount of the amount of any withdrawal as needed to repay installments due on the Loan as modified by any partial prepayments you make.

**TERMINATING ACH DEBIT AUTHORIZATION:** For those customers who have chosen the ACH Debit Authorization, the ACH debit authorization will remain in full force and effect until the earlier of the following occurs: (i) you satisfy all of your payment obligations under this Agreement or (ii) you tell us or the Paying Bank that we can no longer withdraw money from your Bank Account not less than three business days prior to the scheduled debit date to provide enough time to let the Paying Bank or us stop taking the money out of your Bank Account. Terminating your ACH authorization does not relieve you of your obligation to pay your Loan in full.

**REMOTELY CREATED CHECK AUTHORIZATION:** You authorize us and our agents, successors and assigns to create and submit remotely created checks for payment to us in the amount of each payment owing under this Agreement, including any returned payment charges or other amounts owing to us upon acceleration of this Loan. Your typed signature below shall constitute your authorization to us to authenticate remotely created checks, which are also know as demand drafts, telechecks, preauthorized drafts, or paper drafts. If you believe we charged your Bank Account in a manner not contemplated by this authorization, then please contact us. Your authorize us to vary the amount of any preauthorized payment by remotely created check as needed to repay installments and any other payments due under this Agreement.

**PAYMENT BY CHECK OR MONEY ORDER:** You may pay each payment owing under this Agreement by check or money order.

**CHECK CONVERSION NOTIFICATION:** When you provide a check as payment, you agree we can either use information from your check to make a one-time electronic withdrawal from your Bank Account or to process the payment as a check transaction. When we use information from your check to make a withdrawal from your Bank Account, funds may be withdrawn from your Bank Account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. For questions, please call our customer service phone number: 701-862-2274.

**PAYMENT APPLICATION:** Lender will apply your payments in the following order: (1) to any fees due, (3) to earned but unpaid interest, and (3) to principal amounts outstanding.

**SECURITY INTEREST DISCLOSURE:** To the extent that your agreement to have us withdraw money from your Bank Account is deemed a security interest under the laws of the MHA Nation, you hereby grant to us a security interest in such withdrawal authorization using the ACH system.

**PREPAYMENT:** You may prepay all or part of the amount you owe us at any time without penalty. To make a prepayment, you must contact a customer service representative for the full payoff amount. The Lender will apply any prepayment to the accrued and unpaid interest before reducing the principal amount of the Loan. If you make a partial prepayment of additional principal, there will be no changes in the Payment Due Date and the amount of the monthly payment may be reduced as agreed to in the sole discreton of the Lender

**REFINANCE POLICY:** We, in our sole discretion, will determine whether your Loan may be refinanced.

**RETURNED PAYMENT FEE:** If any payment made by you on this Loan is not honored or cannot be processed for any reason, including not enough money in your Bank Account, you agree to pay us a fee of $25.00. You authorize us and our agents to make a one-time withdrawal from your Bank Account to collect this fee, if you have also selected the ACH Debit Authorization. Your financial institution may also impose a fee.

**DEFAULT:** You will have broken your promise you made to us in this Agreement (each a "Default") if: (a) you provide false or misleading information about yourself, your employment, or your financial condition prior to entering into this Agreement, (b) if you fail to make a payment by the due date or if your payment is returned to us for any reason, or (c) if you file bankruptcy or become a debtor under the Federal Bankruptcy Laws.

**CONSEQUENCES OF DEFAULT:** Should you not do the things you agreed to under this Agreement, we may, at our option, do any one or more of the following things: (a) require you to immediately pay us everything you owe us; (b) withdraw money from your Bank Account that was not available when we tried to withdraw it at an earlier time, if you have selected the ACH Debit Authorization; and (c) pursue all legally available means to collect what you owe us. In the event we declare all amounts owed under this Agreement immediately due because you did not pay us, then you further authorize us and our agents to withdraw money from your Bank Account in the full amount due under this Agreement, if you have selected the ACH Debit Authorization. By choosing any one of more of these, we do not give up our right to use another way to collect the money you owe us later. We may decide not to use any of the ways described above to get back the money that you owe us. If so, we do not give up our right to consider what you said you would do to make payment(s) and, if you fail to make those payment(s), we will consider you to be in Default.

**CREDIT REPORTING:** We may report information about your Loan to credit bureaus. Late payments, missed payments, or other things you do may be reflected on your credit report.

**RIGHT TO CANCEL:** YOU MAY CANCEL THIS LOAN, WITHOUT COST TO YOU OR FURTHER OBLIGATION TO US, BY TELEPHONING 701-862-2274 BY 5:30 P.M. EASTERN TIME ON THE FIRST BANKING DAY AFTER THE EFFECTIVE DATE. YOU CAN CANCEL ONLY IF YOU SEND US BACK THE MONEY FROM THE LOAN WE PUT IN YOUR BANK ACCOUNT, RETURN THE LOAN PROCEEDS CHECK MAILED TO YOU OR WE ARE ABLE TO WITHDRAW THE AMOUNT OF YOUR LOAN FROM YOUR BANK ACCOUNT.

**BORROWER'S BANK CHARGES:** You will not hold us or our agents responsible for any fees you must pay as a result of any check or withdrawal request being presented at your bank in connection with this Agreement.

**LIMITED WAIVER OF SOVEREIGN IMMUNITY:** You acknowledge that we, being an instrumentality of MHA Nation, possess sovereign immunity from suit and other legal proceedings. We hereby grant to you a limited waiver of sovereign immunity with respect to the following purposes and for no others:
(a) For the purpose of allowing you to take any and all actions necessary to enforce provisions of this Agreement pursuant to the alternative dispute resolution procedures set forth below (limited solely to recover from the personal property assets and future revenues of and in an amount not to exceed the amounts that you have actually paid to us), specific performance, or other legal and equitable remedies, and to effect enforcement of any remedy granted therein;
(b) Pursuant to the alternative dispute resolution procedures set forth below and to our limited waiver, we expressly waive our immunity from suit and consent to be sued only in any of MHA Nation's Tribal Courts including the appellate courts therefrom;
(c) The limited waiver of sovereign immunity granted here does not include any waiver, either express or implied, to any third party. The limited waiver of sovereign immunity granted here is of us only and does not include a waiver, either express or otherwise, by MHA Nation, any other enterprise of MHA Nation or otherwise.

**WAIVER OF JURY TRIAL AND ARBITRATION.**

**RIGHT TO OPT OUT.** IF YOU DO NOT WISH YOUR ACCOUNT TO BE SUBJECT TO THIS AGREEMENT TO ARBITRATE, YOU MUST ADVISE US IN WRITING AT MAKE CENTS, INC, d/b/a SOVEREIGN ADVANCE, PO BOX 10, PARSHALL, ND 58770 OR VIA E-MAIL AT SUPPORT@SOVEREIGNADVANCE.COM. YOU MUST CLEARLY PRINT OR TYPE YOUR NAME AND ACCOUNT NUMBER OR SOCIAL SECURITY NUMBER AND STATE THAT YOU REJECT ARBITRATION. YOU MUST GIVE WRITTEN NOTICE; IT IS NOT SUFFICIENT TO TELEPHONE US. WE MUST RECEIVE YOUR LETTER OR E-MAIL WITHIN SIXTY (60) DAYS AFTER THE DATE YOUR LOAN FUNDS OR YOUR REJECTION OF ARBITRATION WILL NOT BE EFFECTIVE. IN THE EVENT YOU OPT OUT OF THIS AGREEMENT TO ARBITRATE, ANY DISPUTES HEREUNDER SHALL NONETHELESS BE GOVERNED UNDER THE LAWS OF THE MHA NATION AND MUST BE BROUGHT WITHIN THE COURT SYSTEM OF THE MHA NATION.

**PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY.** Unless you exercise your right to opt-out of arbitration in the manner described above, any dispute you have with Lender or anyone else under this Agreement will be resolved by binding arbitration. Arbitration replaces the right to go to court, including the right to have a jury, to engage in discovery (except as may be provided in the arbitration rules), and to participate in a class action or similar proceeding. In arbitration, a dispute is resolved by an arbitrator instead of a judge or jury. Arbitration procedures are simpler and more limited than court procedures. Any arbitration will be limited to addressing your dispute individually and will not be part of a class-wide or consolidated arbitration proceeding.

**Agreement to Arbitrate.** You agree that any Dispute (defined below) will be resolved by arbitration in accordance with MHA Nation tribal law.

**Arbitration Defined.** Arbitration is a means of having an independent third party resolve a Dispute. A "Dispute" is any controversy or claim between you and Lender, its marketing agent, collection agent, any subsequent holder of this Note, or any of their respective agents, affiliates, assigns, employees, officers, managers, members or shareholders (each considered a "Holder" for purposes of this Agreement). The term Dispute is to be given its broadest possible meaning and includes, without limitation, all claims or demands (whether past, present, or future, including events that occurred prior to the opening of this Account), based on any legal or equitable theory (tort, contract, or otherwise), and regardless of the type of relief sought (i.e. money, injunctive relief, or declaratory relief). A Dispute includes, by way of example and without limitation, any claim arising from, related to or based upon marketing or solicitations to obtain the loan and the handling or servicing of your account whether such Dispute is based on a tribal, federal or state constitution, statute, ordinance, regulation, or common law, and including any issue concerning the validity, enforceability, or scope of this loan or the Agreement to Arbitrate.

**You acknowledge and agree that by entering into this Arbitration Provision:**

(a) YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;
(b) YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; and
(c) YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES.

**Choice of Arbitrator.** Any party to a Dispute, including a Holder or its related third parties, may send the other party written notice by certified mail return receipt requested at the address appearing at the top of this Agreement of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Regardless of who demands arbitration, you shall have the right to select any of the following arbitration organizations to administer the arbitration: the American Arbitration Association (1-800-778-7879) http://www.adr.org; JAMS (1-800-353-5367) http://www.jamsadr.com; or an arbitration organization agreed upon by you and the other parties to the Dispute. The arbitration will be governed by the chosen arbitration organization's rules and procedures applicable to consumer disputes, to the extent that those rules and procedures do not contradict either the law of the MHA Nation or the express terms of this Agreement to Arbitrate, including the limitations on the Arbitrator below. The party receiving notice of Arbitration will respond in writing by

certified mail return receipt requested within twenty (30) days. You understand that if you demand Arbitration, you must inform us of your demand and of the arbitration organization you have selected. You also understand that if you fail to notify us, then we have the right to select the arbitration organization. Any arbitration under this Agreement may be conducted either on tribal land or within thirty miles of your residence, at your choice, provided that this accommodation for you shall not be construed in any way (a) as a relinquishment or waiver of our or the MHA Nation sovereign status or immunity, or (b) to allow for the application of any law other than the law of the MHA Nation.

**Cost of Arbitration.** We will pay the filing fee and any costs or fees charged by the arbitrator regardless of which party initiates the arbitration. Except where otherwise provided by the law of the MHA Nation, each party will be responsible for its own attorneys' fees and other expenses. Unless prohibited by law, the arbitrator may award fees, costs, and reasonable attorneys' fees to the party who substantially prevails in the arbitration.

**Waiver of Jury Trial and Waiver of Ability to Participate in a Class Action.** YOU HEREBY AGREE THAT YOU ARE WAIVING YOUR RIGHT TO A JURY TRIAL, TO HAVE A COURT DECIDE YOUR DISPUTE, AND YOU ARE WAIVING YOUR ABILITY TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, TO PARTICIPATE IN A CLASS ACTION LAWSUIT, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION, AND TO CERTAIN DISCOVERY AND OTHER PROCEDURES THAT WOULD BE AVAILABLE IN A LAWSUIT. The arbitrator has the ability to award all remedies available under MHA Nation tribal law, whether at law or in equity, to the prevailing party, except that the parties agree that the arbitrator has no authority to conduct class-wide proceedings and will be restricted to resolving the individual Disputes between the parties. The validity, effect, and enforceability of this waiver of class action lawsuit and class-wide arbitration is to be determined solely by a court of competent jurisdiction located within the MHA Nation's Reservation, and not by the arbitrator. If the court refuses to enforce the class-wide arbitration waiver, or if the arbitrator fails or refuses to enforce the waiver of class-wide arbitration, the parties agree that the Dispute will proceed in tribal court and will be decided by a tribal court judge, sitting without a jury, under applicable court rules and procedures and may be enforced by such court through any measures or reciprocity provisions available.

**Applicable Law and Judicial Review.** THIS AGREEMENT TO ARBITRATE IS MADE PURSUANT TO A TRANSACTION INVOLVING THE INDIAN COMMERCE CLAUSE OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA, AND SHALL BE GOVERNED BY THE LAW OF THE MHA NATION. The arbitrator will apply the laws of the MHA Nation and the terms of this Agreement, including the Agreement to Arbitrate. The arbitrator must apply the terms of this Agreement to Arbitrate, including without limitation the waiver of class-wide arbitration. The arbitrator may decide, with or without a hearing, any motion that is substantially similar to a motion to dismiss for failure to state a claim or a motion for summary judgment. If allowed by statute or applicable law, the arbitrator may award statutory damages and/or reasonable attorneys' fees and expenses. The arbitrator will make written findings and the arbitrator's award may be filed with the tribal court. The arbitration award will be supported by substantial evidence and must be consistent with this Agreement and applicable law or may be set aside by the tribal court upon judicial review.

**Other Provisions.** This Agreement to Arbitrate will survive: (i) termination or changes in this Agreement, the Account, or the relationship between us concerning the Account; (ii) the bankruptcy of any party; and (iii) any transfer, sale or assignment of my Note, or any amounts owed on my account, to any other person or entity. This Agreement to Arbitrate benefits and is binding upon you, your respective heirs, successors and assigns. It also benefits and is binding upon us, our successors and assigns, and related third parties. The Agreement to Arbitrate continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. The Agreement to Arbitrate survives any termination, amendment, expiration, or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. If any of this Agreement to Arbitrate is held invalid, the remainder shall remain in effect.

**GOVERNING LAW.** This Agreement and the Agreement to Arbitrate are governed by the Indian Commerce Clause of the Constitution of the United States of America and the laws of the MHA Nation. We do not have a presence in North Dakota or any other state of the United States of America. Neither this Agreement nor the Lender is subject to the laws of any state of the United States.

**TELEPHONE CALLS.** You hereby agree that in the event we need to contact you to discuss your account or the repayment of your Loan, we may call you at any number, including any cell phone number you have provided, and that we may leave an autodialed or prerecorded message or use other technology (including, but not limited to, SMS messaging or other text messaging) to contact or to communicate with you.

**VERIFICATION.** You authorize us to verify all of the information you have provided in obtaining approval of this Loan.

**MILITARY LENDING.** By signing this Agreement you certify that you are not a member of the military or the spouse/dependent of a military member. Specifically, you certify that you are not, and you are not the spouse or dependent of a regular reserve member of the Army, Navy, Marine Corps, Air Force or Coast Guard, serving on active due under a call or order that does not specify a period of 30 days or fewer, or servicing on Active Guard or Reserve Duty. (Dependents include the member's spouse, child under the age of 18 years old or an individual for whom the member provided more than one half of their financial support for 180 days preceding the date of this Agreement).

This Agreement includes a Waiver of Jury Trial and Arbitration Provision that may be enforced by you and us. By signing this Agreement you agree that it was filled in before you did so and that you have received a completed copy of it. You further agree that you have read and understand all of the terms of this Agreement, including the part entitled "Waiver of Jury Trial and Arbitration Provision."

By electronically signing this Agreement you certify that the information given in connection with this Agreement is true and correct. You authorize us to verify the information given in connection with this Agreement, and you give us consent to obtain information about you from a consumer reporting agency or other sources. You acknowledge, represent and warrant that (a) you have read, understand, and agree to all of the terms and conditions of this Agreement, including the Disclosures and the Arbitration Agreement and Waiver of Jury Trial, (b) this Agreement contains all of the terms of the agreement between you and us and that no representations or promises other than those contained in this Agreement have been made, (c) you specifically authorize withdrawals and deposits to and from your Bank Account as described in this Agreement, if you have selected the ACH Debit Authorization, (d) you are not a debtor under any proceeding in Bankruptcy and have no intention to file a petition for relief under any chapter of the United States Bankruptcy Code, (e) this Agreement was filled in before you signed it, and (f) you have the ability to print or retain a completed copy of this Agreement. You further acknowledge that we may withhold funding of your loan until we check to make sure all the information you gave us on your application is true and we decide whether you meet our requirements to receive the Loan.

By electronically signing this agreement you authorize us to verify all of the information that you have provided us, including past and/or current information. If there is any missing or erroneous information in or with your loan application regarding your Bank Account (including without limitation your bank, bank routing number, or account number), then you authorize us to verify and correct such information. You agree that your ACH Authorization is subject to our approving this Agreement.

By electronically signing this document, you authorize us to effect ACH debit and credit entries for this loan, you also agree to the ACH Authorizations set forth in this Agreement. You acknowledge and agree that this ACH Authorization to Debit Bank Account inures to the benefit of Make Cents, Inc, its affiliates, agents, employees, successors, and registered assigns.

| Steven Pike | ▮▮▮▮▮▮ | 101928035 | 10/26/2016 10:15:00 AM |
|---|---|---|---|
| Customer Name | Customer IP | Contract# | Date Signed |

## Make Cents, Inc, d/b/a Sovereign Advance
## CONSENT TO ELECTRONIC DISCLOSURES, SIGNATURES, AND RECORDS

Please read this information carefully and print a copy and retain this information electronically for future reference.

**Your E-Sign Consent.** You are submitting a request for a loan transaction from Make Cents, Inc, d/b/a Sovereign Advance ("Lender"). To provide services online, the Lender needs your consent to use and accept electronic signatures and records ("Your E-Sign Consent"). By furnishing Your E-Sign Consent, you agree that the Lender may provide electronically any and all communications concerning their decisions on any application you submit, the terms of any loan agreement or extension of credit, privacy policies, other disclosures provided by the Lender under state and federal law, and any other information or notices the Lender provide (collectively "Documents"). The Documents may include, for example, disclosures pursuant to: (1) the Equal Credit Opportunity Act and Regulation B; (2) the Fair Credit Reporting Act; (3) the Truth in Lending Act and Regulation Z; (4) the Electronic Funds Transfer Act and Regulation E; (5) the Gramm-Leach-Bliley Act and the FTC Privacy Rule; and (6) any other applicable federal, state or local law or regulation.

**Scope of Consent.** Your E-Sign Consent applies to any application, any services provided by the Lender, any extension of credit from the Lender and any future applications or transactions with the Lender. By exercising Your E-Sign Consent, the Lender will process your application information and interact during this transaction and any future online transaction with you electronically. The Lender may also send the Documents electronically.

**Hardware and Software.** Before you decide to do business electronically with the Lender, you should consider whether you have the required hardware and software capabilities described. To electronically access and retain the Documents, you must have the following hardware and software: A PC or MAC compatible computer or other device capable of accessing the Internet and an Internet Browser software program that supports at least 128 bit encryption, such as Netscape® 4.0, Mozilla Firefox® 1.5, Microsoft Internet Explorer® 4.0, AOL 5.0 or any later version of these programs, and Adobe® Acrobat Reader Xpdf ® or Foxit®. You also need either a printer, a secure hard drive, or other secure storage device to retain a copy of the Documents for future reference. If at any time during this transaction these requirements change in a way that creates a material risk that you may not be able to receive Documents electronically, the Lender as is appropriate, will notify you of these changes. For questions regarding the hardware and software requirements, you may send your written questions by mail to PO Box 10, Parshall, 58770 ("Lender Mailing Address").

**Withdrawing Consent.** You may withdraw Your E-Sign Consent at any time. Before submitting your Application, you may withdraw your E-Sign Consent by exiting this website. If you withdraw your E-Sign Consent before concluding a transaction, this will prevent you from obtaining an online loan transaction from Lender. If at any time you wish to withdraw Your E-Sign Consent, you can send the Lender your written request by mail to the Lender's Address. You may also send the Lender your written request by mail to the Lender Address. If you decide to withdraw Your E-Sign Consent, the legal effectiveness, validity, and enforceability of prior electronic Documents will not be affected.

**Paper Copies.** You have the option to receive any information that is provided electronically on paper or in non-electronic form at no cost to you. You may obtain any Documents on non-electronic paper form by logging in and simply printing a paper copy. Alternatively, you may mail a written request to the Lender at the Lender Address, and the Lender will provide non-electronic paper copies at no charge. The Lender will retain all Documents as required by applicable law.

**Email.** You agree that any email address you provide the Lender may be used to provide you with Documents . You agree to notify the Lender of any changes in your email address by notifying each of them in writing addressed to the Lender Address above or via email at least FIVE (5) days before the change.

BY ELECTRONICALLY SIGNING THIS DOCUMENT, YOU ACKNOWLEDGE THAT YOU: (1) HAVE READ, UNDERSTAND AND AGREE TO BE BOUND BY THIS CONSENT; (2) ACKNOWLEDGE THAT YOU CAN ACCESS THE DOCUMENTS IN THE DESIGNATED FORMATS DESCRIBED ABOVE (ONCE YOU GIVE YOUR E-SIGN CONSENT, YOU CAN LOG INTO THE WEBSITE TO ACCESS THESE DOCUMENTS); (3) ACKNOWLEDGE THAT YOUR E-SIGN CONSENT TO ELECTRONIC DOCUMENTS IS REQUIRED TO OBTAIN SERVICES WITH THE LENDER OVER THE INTERNET, AND TO OBTAIN AN EXTENSION OF CREDIT FROM LENDER OVER THE INTERNET; (4) CONSENT TO USING ELECTRONIC SIGNATURES, HAVING ALL DOCUMENTS PROVIDED OR MADE AVAILABLE TO YOU IN ELECTRONIC FORM AND DOING BUSINESS WITH THE LENDER ELECTRONICALLY; AND (5) ACKNOWLEDGE THAT YOU MAY REQUEST A NON-ELECTRONIC PAPER COPY OF THE ELECTRONIC RECORDS AND DOCUMENTS, WHICH THE LENDER WILL PROVIDE TO YOU AT NO CHARGE. IF YOU CLICK "I DO NOT AGREE" OR OTHERWISE REFRAIN FROM PROCEDING WITH THE TRANSACTION, THEN YOU DO NOT WISH TO USE ELECTRONIC SIGNATURES OR CONDUCT THIS TRANSACTION ELECTRONICALLY.

Steven Pike

## PRIVACY POLICY

| | WHAT DOES Make Cents, Inc, d/b/a Sovereign Advance DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• Account balances and payment history<br>• Transaction or loss history and employment information<br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Make Cents, Inc, d/b/a Sovereign Advance chooses to share; and whether you can limit this sharing. |
| Reasons we can share your personal information | Does Make Cents, Inc, d/b/a Sovereign Advance share? | Can you limit this sharing? |

| | | |
|---|---|---|
| For our everyday business purposes — such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes — to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | No | We don't share |
| For our affiliates' everyday business purposes — information about your transactions and experiences | No | We don't share |
| For our affiliates everyday business purposes — information about your creditworthiness | No | We don't share |
| For non-affiliates to market to you | No | We don't share |
| **Questions?** | Call 701-862-2274 | |

## PRIVACY POLICY CONTINUED

| What we do | |
|---|---|
| How does Make Cents, Inc, d/b/a Sovereign Advance protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. We also maintain physical, electronic and procedural safeguards such as computer virus protection software, firewalls, and a 128 bit Secure Socket Layer. Only authorized employees have access. |
| How does Make Cents, Inc, d/b/a Sovereign Advance collect my personal information? | We collect your personal information, for example, when you • Apply for a loan • Give us your income information • Provide employment information • Provide account information • Give us your contact information We also collect your personal information from other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only • Sharing for affiliates' everyday business purposes- information about your creditworthiness • Affiliates from using your information to market to you • Sharing for non-affiliates to market to you. State laws and individual companies may give you additional rights to limit sharing. |
| Definitions | |
| Affiliates | Financial and nonfinancial companies related by common ownership or control. • Make Cents, Inc, d/b/a Sovereign Advance does not share with our affiliates. |
| Non-affiliates | Financial and nonfinancial companies not related by common ownership or control. • Make Cents, Inc, d/b/a Sovereign Advance does not share with non-affiliates so they can market to you |
| Joint Marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. • Make Cents, Inc, d/b/a Sovereign Advance doesn't jointly market. |

Steven Pike

## Make Cents, Inc, d/b/a Sovereign Advance
## Pre-Authorized Payment Authorization

You have read, understand, and agree as follows:

As a convenience to our customers, we have implemented a paperless processing procedure for our loans. If you choose to pay your loan in full, or pay down any portion of the principle amount, please submit your request to us at least three (3) days prior to the maturity due date of your unsecured loan. You may submit your request through our website, or you may call our office at 701-862-2274 and speak to a representative.

In the event the payment referenced above is dishonored, or not paid, or not negotiated by the bank for any reason, you agree to pay all additional charges assessed by Make Cents, Inc, d/b/a Sovereign Advance including, but not limited to, a charge back fee of $25.00 You further understand, agree to, and give permission to Make Cents, Inc, d/b/a Sovereign Advance to continue to electronically debit your bank account or any other of your bank accounts in the total amount owed, or any smaller increments equaling the total amount owed without further notification until all charges are paid in full, not limited to ACH wire and check draft.

You acknowledge that this Authorization is provided for the benefit of, Make Cents, Inc, d/b/a/Sovereign Advance and any party it may designate to process debits against your bank account to facilitate payments for your Loan (the "Processing Member").

You acknowledge that YOUR BANK (PNC BANK, NA) acts as our payment processing representative for the transactions contemplated by this authorization.

You warrant and guarantee that your sole signature is sufficient to authorize withdrawals from the Account.

You may cancel the Authorization at any time upon providing written notice to:
Make Cents, Inc, d/b/a/Sovereign Advance
PO Box 10,
Parshall, ND 58770

For processing purposes, the revocation of the Pre-Authorized Payment Authorization must be received at the above address at least seven (7) days prior to the payment due date referenced above.

Revocation of the Authorization does not terminate any contract for goods or services that exists between you and Make Cents, Inc, d/b/a/Sovereign Advance. The Authorization applies only to the method of payment and does not otherwise have any bearing on the contract for goods or services exchanged.

You understand and agree that you may dispute this Pre-Authorized Payment Authorization only under the following conditions:
a. This Pre-Authorized Payment Authorization was not processed in accordance with this authorization.
b. This Pre-Authorized Payment Authorization was revoked.

You acknowledge that in order to be reimbursed, a declaration to the effect that either (a) or (b) took place must be completed and presented to the branch of the Processing Member holding the Account up to and including ninety (90) days after the date on which the PAD is disputed was posted to the Account.

You acknowledge that the dispute of any PAD beyond the time allowed in this section is a matter to be resolved solely between you and us.

You acknowledge that the act of providing and delivering this authorization to us also constitutes delivery to the Processing Member.

You acknowledge that the Processing Member is not required to verify that a PAD has been issued in accordance with the particulars of the Authorization including, but not limited to, or that any purpose of payment for which the PAD was issued, has been fulfilled by us as a condition to honoring a PAD issued or caused to be issued by us on the Account.

You make the following representation: You are not contemplating filing bankruptcy and/or debt consolidation within the next four months; and you have not consulted with an

attorney and/or any other person concerning bankruptcy or debt counseling within the past two (2) months.

YOU AGREE THAT YOU CAN NOT INCLUDE THIS LOAN IN A BANKRUPTCY SUIT OR IN A DEBT CONSOLIDATION.

You authorize, understand, and agree that a facsimile of this form with your signature constitutes acceptance of all provisions of this Pre-Authorization and shall be binding and effective as if it were an original. You understand and accept the terms of participating in this PAD plan.

You agree that the information contained in the Authorization may be disclosed to PNC BANK, NA as required to complete any PAD transaction.

**Pre-Authorized Payment Authorization Document**

Name(s) Steven Pike
Address: 21126 Adirondack Terrace
City/State/Zip: ASHBURN, VA 20147
Phone(s): 7038994040

I authorize the Make Cents, Inc, d/b/a Sovereign Advance to make a series of electronic debits or make a single electronic debit in the amount of $1,000.00 from my checking account with PNC BANK, NA, Routing Number: 054000030, Account Number: 5569067712 on my payment due dates.

You acknowledge that you have read and understood all the provisions contained in the terms and conditions of the Pre-Authorized Payment Authorization and that you have received a copy.

Steven Pike