# Application Agreement
## MAKES CENTS, INC., d/b/a MaxLend

Borrower's Name:
**Patrick Inscho**



Loan #:
██████8407

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT:** To help the US government fight the funding of terrorism and money laundering activities, the Bank Secrecy Act requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask for a copy of your driver's license or other identifying documents.

The information in no way will be used in making the credit decision on your completed application.

**Notice:** This Loan is not designed as a solution to long-term financial problems and should not be used as such. Customers with credit difficulties should seek credit counseling or meet with a nonprofit financial counseling service in their community.

**GOVERNING LAW:** The laws of the Mandan, Hidatsa, and Arikara Nation — the Three Affiliated Tribes of the Fort Berthold Reservation govern this Loan Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between you and us, Tribal law shall exclusively apply to such dispute. You and we agree that any controversies that may arise hereunder shall be resolved exclusively by the Tribal Dispute Resolution Procedures as set forth in the Tribal Consumer Financial Services Regulatory Code.

**AGREEMENT TO TRIBAL DISPUTE RESOLUTION PROCEDURE:** As an accommodation to consumers, the Tribe and Lender have established a Tribal Dispute Resolution Procedure (the "Procedure") to review and consider any and all types of complaints made by or on behalf of consumers relating to or arising from the Agreement. The Procedure is found at Section 9 of the Tribal Consumer Financial Services Regulatory Code. You may request a copy of the Tribal Consumer Financial Services Regulatory Code by written request mailed along with a self-addressed postage paid return envelope to Tribal Consumer Financial Services Code Request, Attn: Regulatory Agent, P.O. Box 639, Parshall, ND 58770. The Tribe and Lender intend and require, to the extent permitted by law, for any complaint lodged, filed, or otherwise submitted by you or on your behalf to follow the Procedure. Under the Procedure, a consumer who, in the course of his or her otherwise lawful and proper use of Lender's business, has concerns about the operation of any part of Enterprise or who otherwise believes himself or herself to be aggrieved by some aspect of the operation of any part of Lender's business, shall direct his or her concerns or dispute in the first instance to Lender management, either orally or in writing. A person's complaint to the Lender shall be considered similar in nature to a petition for redress submitted to a sovereign government, without waiver of sovereign immunity and exclusive jurisdiction, and does not create any binding procedural or substantive rights for a petitioner. In the event that the consumer is dissatisfied with Lender's initial determination, he or she may request review of Enterprise's initial determination by submitting such request in writing to the Tribal Consumer Financial Services Regulatory Authority ("Authority"), P.O. Box 639, Parshall, ND 58770, no later than ten (10) days after receiving Lender's initial determination. You will have the opportunity to be heard regarding the dispute, in person or through telephonic conference. You may be represented by legal counsel at your own expense. A consumer may then appeal an Authority opinion by submitting such request in writing to the Tribal Governing Board within twenty (20) days of receiving the Authority's final written decision. Any decision of the Tribal Council on appeal shall be final and not subject to further appeal. Any determination by or on behalf of the Tribe or Tribal Consumer Financial Services Regulatory Authority, whether procedural or substantive, shall be made by the Tribe in its sovereign discretion.

**AGREEMENT NOT TO BRING, JOIN OR PARTICIPATE IN CLASS ACTIONS:** To the extent permitted by law, you agree that you will not bring, join or participate in any class action as to any claim, dispute or controversy you may have against us, our employees, officers, directors, servicers and assigns. You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in the suit. You agree to pay the attorney's fees and court costs we incur in seeking such relief. This agreement does not constitute a waiver of any of your rights and remedies to pursue a claim individually and not as a class action pursuant to the Tribal Dispute Resolution Procedures as provided above.

**BANKRUPTCY:** You certify to us that you are not a debtor in any proceeding in bankruptcy and have no intention to file a petition for relief under any chapter of the United States Bankruptcy Code.

**EQUAL CREDIT OPPORTUNITY ACT (ECOA) NOTICE:**

Notice: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

Please read this information carefully and print a copy and retain this information electronically for future reference.

You must consent to transact business with Makes Cents, Inc. d/b/a MaxLend through electronic communications in order for us to process your loan request. The following terms and conditions govern electronic communications in connection with your loan request and other current or future transactions with Makes Cents, Inc. d/b/a MaxLend (this "Consent"). By acknowledging and accepting this Consent, you agree that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ You acknowledge and agree to the following terms and conditions of this Consent.

You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, your Loan Agreement, this Consent, the Loan Application, the Truth in Lending disclosures set forth in the Loan Agreement, our Privacy Notice, any change-in-term notices, fee and transaction information, statements, disbursement notices, notices of adverse action, legally mandated brochures and disclosures, and transaction information ("Communications"), may be sent to you electronically by posting the information at our web site www.maxlend.com, or by sending it to you by secure e-mail.
- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so. You may obtain a copy of any Communication by contacting us at info@maxlend.com or by calling us at 1-877-936-4336. We will provide you with paper copies at no charge. You can also withdraw your consent to ongoing electronic communications in the same manner, and ask that they be sent to you in paper or non-electronic form. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic disclosures will not be affected.
- You must provide us with your current e-mail address for receipt of Communications. If your e-mail address, telephone number(s), or residence address changes, you must send us a notice of the new e-mail address/telephone number(s) by writing to us or sending us an e-mail, using secure messaging, at least five (5) days before the change to info@maxlend.com.
- In order to receive electronic Communications, you will need a working connection to the Internet. Your browser must support the Secure Sockets Layer (SSL) protocol. SSL provides a secure channel to send and receive data over the Internet through HS encryption capabilities. Most current Internet browsers (Chrome, Firefox, Internet Explorer, etc.) support this feature. You will also need a printer connected to your computer to print disclosures/notices or have sufficient hard drive space available to save the information (e.g., 1 MB or greater). We do not provide ISP services. You must have your own Internet Service Provider. You may submit questions regarding hardware and software requirements to info@maxlend.com.
- We may amend (add to, delete or change) the terms of this Consent by providing you with advance notice.
- You are able to view and/or electronically store the information presented at this website. You also agree to print and retain a copy of this Consent for your records.

You are free to withdraw your Consent at any time and at no charge. If at any time you wish to withdraw your Consent, you can send us your written request by mail to P.O. Box 639, Parshall, ND 58770 with the details of such request. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic Disclosures will not be affected.

**TELEPHONE CONSUMER PROTECTION ACT DISCLOSURE:** If you agreed to be contacted by Max Lend, or our affiliates, at the phone numbers provided by you in your loan application. You agree that this authorization includes marketing calls to your wireless number if you have provided a wireless number. You agree that such contact may include phone calls generated from an automated telephone dialing system. You understand that you do not have to agree to such authorization in order to qualify for a loan. Phone Numbers: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

You further authorize MaxLend (or our agents) to send marketing text messages to the wireless number you provided using an automatic telephone dialing system. You are not required to authorize marketing text messages to obtain credit or other services from us. If you do not wish to receive sales or marketing text messages from us you should **not** check the yes box on the preceding page. You understand that any messages we send you may be accessed by anyone with access to your text messages. You also understand that your mobile phone service provider may charge you fees for text messages that we send you, and you agree that we shall have no liability for the cost of any such text messages.

**SMS STATEMENT NOTIFICATIONS DISCLOSURE:** This SMS Statement Notifications Disclosure (this "Disclosure") applies to each account you have with MaxLend for which you have elected to receive Short Message Service ("SMS") messages.

As used in this SMS Statement Notifications Disclosure, "SMS Statement Notifications" means any SMS (text message) communications from us to you pertaining to your Loan, sent to the phone numbers listed on your application, including but not limited to payment information, account information, due dates, delinquent accounts, program updates, promotions, coupons and other marketing messages.

1. **How to Unsubscribe:** You may withdraw your consent to receive SMS Statement Notifications by changing your preference on the Notification Settings page within www.maxlend.com. Alternatively, you may call us at 1-877-936-4336. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive SMS Statement Notifications. We will not impose any fee to process the withdrawal of your consent to receive SMS Statement Notifications. Any withdrawal of your consent to use SMS Statement Notifications will be effective only after we have a reasonable period of time to process your withdrawal.

**You may opt-out** and remove your SMS approval for additional messages by sending "STOP", "END", "CANCEL", "UNSUBSCRIBE", "REMOVE", "QUIT", or "STOPALL" to the SMS text message you have received. If you remove your SMS approval from our database, your number will no longer be used for secondary purposes, disclosed to third parties and used by us for third parties to send promotional correspondence to you.

3. The services are available on the following carriers: AT&T, Verizon Wireless, T-Mobile, Sprint, Nextel, Dobson, U.S. Cellular, and Virgin Mobile. Additional carriers are added as they become available.

4. In order to access, view, and retain SMS Statement Notifications that we make available to you, you must have: (1) an SMS-capable mobile phone, (2) an active mobile phone account with a communication service provider; and (3) sufficient storage capacity on your mobile phone.

5. All SMS Statement Notifications in electronic format from us to you will be considered "in writing."

6. There is no service fee for SMS Statement Notifications but you are responsible for any and all charges, including but not limited to fees associated with text messaging, imposed by your communications service provider. Other charges may apply. Such charges may include those from your communications service provider. Please consult your mobile service carrier's pricing plan to determine the charges for sending and receiving text messages. These charges will appear on your phone bill. Message frequency depends on account settings.

7. Additionally, you agree that we may send any SMS Statement Notifications through your communication service provider in order to deliver them to you and that your communication services provider is acting as your agent in this capacity. You agree to provide a valid mobile phone number for these services so that we may send you certain information about your loan. Additionally, you agree to indemnify, defend and hold us harmless from and against any and all claims, losses, liability, cost and expenses (including reasonable attorneys' fees) arising from your provision of a mobile phone number that is not your own or your violation of applicable federal, state, Tribal or local law, regulation or ordinance. Your obligation under this paragraph shall survive termination of this Agreement. SMS Statement Notifications are provided for your convenience only. Receipt of each SMS Statement may be delayed or impacted by factor(s) pertaining to your communications service provider(s). We will not be liable for losses or damages arising from any disclosure of account information to third parties, non-delivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the SMS Statement Notifications sent by us.

8. We may modify or terminate SMS from time to time, for any reason, and without notice, including the right to terminate text messaging with or without notice, without liability to you, any other user or a third party. We reserve the right to modify these Terms of Use from time to time without notice. Please review these Terms of Use from time to time so that you are timely notified of any changes.

**CONSUMER REPORTS:** You authorize us to obtain consumer reports about you prior to approving this Application and at any time that you owe us money under any Loan Agreement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**BY CHECKING THE ACKNOWLEDGEMENT AND CONSENT , YOU ARE AFFIXING YOUR ELECTRONIC SIGNATURE AND SIGNIFYING THAT (1) YOU AGREE TO BE BOUND BY ALL THE TERMS OF THIS APPLICATION; (2) YOUR SYSTEM MEETS THE REQUIREMENTS SET FORTH ABOVE; (3) YOU AGREE TO RECEIVE ALL COMMUNICATIONS ELECTRONICALLY; AND (4) YOU ARE ABLE TO ACCESS AND PRINT OR ELECTRONICALLY STORE INFORMATION PRESENTED AT THIS WEBSITE. PLEASE TAKE NOTICE THAT IF YOU ARE APPROVED FOR A LOAN BY MAKES CENTS, INC. D/B/A MAXLEND, SUCH LOAN WILL BE MADE IN RELIANCE OF EACH AND EVERY TERM OF A LOAN AGREEMENT AND DISCLOSURE TO WHICH YOUR ELECTRONIC SIGNATURE IS AFFIXED.**

**BORROWER AGREES TO ALL OF THE TERMS OF THIS APPLICATION.** By checking the acknowledgement below you are (i) supplying your electronic signature to certify that all of the information provided above is true, complete and correct and provided to us, MaxLend, for the purpose of applying for a Loan. (ii)agreeing to the Agreement to Tribal Dispute Resolution Procedures and the Agreement Not To Bring, Join Or Participate in Class Actions and acknowledge receiving a fully completed copy of this Application. **You acknowledge and agree that this Application will be deemed incomplete and will not be processed by us without your Acknowledgement of Consent.**

**Upon receipt of your duly electronically executed disclosure, application and loan agreement package with all required signatures, consents, acknowledgments and elected options, a representative will call you within _minutes during business hours to complete your application.**

☑**I Agree, Acknowledge and Consent**

Patrick Inscho

# Consumer Installment Loan Agreement
## MAKES CENTS, INC., d/b/a MaxLend

**CONSENT TO ELECTRONIC COMMUNICATIONS:**

Please read this information carefully and print a copy and retain this information electronically for future reference.

You must consent to transact business with **Makes Cents, Inc. d/b/a MaxLend** through electronic communications in order for us to process your loan request. The following terms and conditions govern electronic communications in connection with your loan request and other current or future transactions with Makes Cents, Inc. d/b/a MaxLend (this "Consent"). By electronically signing this Consent, you agree that any notices we are required to make to you may be delivered to you electronically. You agree to electronically sign any documents requiring a signature. You acknowledge and agree

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, your Loan Agreement, this Consent, the Loan Application, the Truth in Lending disclosures set forth in the Loan Agreement, our Privacy Notice, any change-in-term notices, fee and transaction information, statements, disbursement notices, notices of adverse action, legally mandated brochures and disclosures, and transaction information ("Communications"), may be sent to you electronically by posting the information at our web site www.maxlend.com, or by sending it to you by secure e-mail.
- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so. You may obtain a copy of any Communication by contacting us at info@maxlend.com or by calling us at 1-877-936-4336. We will provide you with paper copies at no charge. You can also withdraw your consent to ongoing electronic communications in the same manner, and ask that they be sent to you in paper or non-electronic form. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic disclosures will not be affected.
- You must provide us with your current e-mail address for receipt of Communications. If your e-mail address, telephone number(s), or residence address changes, you must send us a notice of the new e-mail address/telephone number(s) by writing to us or sending us an e-mail, using secure messaging, at least five (5) days before the change to info@maxlend.com.
- In order to receive electronic Communications, you will need a working connection to the Internet. Your browser must support the Secure Sockets Layer (SSL) protocol. SSL provides a secure channel to send and receive data over the Internet through HS encryption capabilities. Most current Internet browsers (Chrome, Firefox, Internet Explorer, etc.) support this feature. You will also need a printer connected to your computer to print disclosures/notices or have sufficient hard drive space available to save the information (e.g., 1 MB or greater). We do not provide ISP services. You must have your own Internet Service Provider. You may submit questions regarding hardware and software requirements to info@maxlend.com.
- We may amend (add to, delete or change) the terms of this Consent by providing you with advance notice.
- You are able to view and/or electronically store the information presented at this website. You also agree to print and retain a copy of this Consent for your records.

You are free to withdraw your Consent at any time and at no charge. If at any time you wish to withdraw your Consent, you can send us your written request by mail to P.O. Box 639, Parshall, ND 58770 with the details of such request. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic Disclosures will not be affected.

I consent to electric communications ☑

## CONSUMER INSTALLMENT LOAN AGREEMENT

| | |
|---|---|
| Application Date 06/29/2016<br>Effective Date 06/30/2016 | Loan No.: 61428407<br>Final Maturity Date:<br>12/05/2016 |
| Makes Cents, Inc. d/b/a MaxLend<br>P.O. Box 639, Parshall, ND 58770 | Borrower Name:<br>Patrick Inscho<br>Borrower Address:<br>██████ ██████████ |

**IMPORTANT NOTICE: This Loan Agreement (hereinafter the "Agreement") is governed by the laws of the Mandan, Hidatsa, and Arikara Nation - the Three Affiliated Tribes of the Fort Berthold Reservation govern this Loan Agreement ("Tribal Law"). It contains important terms and conditions. You should read it carefully before you electronically sign it.**

In this Agreement the words "you", "your" and "I" mean the borrower who has electronically signed it. The words "we", "us," and "our" mean Makes Cents, Inc. d/b/a MaxLend. We are a tribal limited liability company organized under tribal law. We are an economic development arm of, instrumentality of, and wholly-owned and controlled by the Mandan, Hidatsa, and Arikara Nation, a federally-recognized sovereign American Indian tribe (the "Tribe"). We are licensed and regulated by the Tribal Financial Services Regulatory Authority (the "Authority") and operate in accordance with the Tribal Consumer Financial Services Regulatory Code.

**PLEASE NOTE: If you prepay this loan in full you may be entitled to a refund of part of the finance charge meaning you will pay less of a finance charge than listed in the Truth-in-Lending disclosures below. You may only make partial prepayments on a scheduled Due Date and only if the scheduled payment is made in full.**

## TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 648.20%(e) | $2209.39 | $1,250.00 | $3459.39 |

Your Payment Schedule will be:

| Payment Number | Payment Due | Due Date |
|---|---|---|
| 1 | $288.30 | 7/5/2016 |
| 2 | $288.30 | 7/18/2016 |
| 3 | $288.30 | 8/1/2016 |
| 4 | $288.30 | 8/15/2016 |
| 5 | $288.30 | 8/29/2016 |
| 6 | $288.30 | 9/12/2016 |
| 7 | $288.30 | 9/26/2016 |
| 8 | $288.30 | 10/11/2016 |
| 9 | $288.30 | 10/24/2016 |
| 10 | $288.30 | 11/7/2016 |
| 11 | $288.30 | 11/21/2016 |
| 12 | $288.09 | 12/5/2016 |

**Security:** None.

**Demand Feature:** This obligation has a demand feature.

**Prepayment:** If you pay off early you will not have to pay a penalty and you may be entitled to a refund of part of the finance charge.

See the terms of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled due date and prepayment refunds.

(e) means estimated.

**Itemization of Amount Financed** : Amount given to you directly: $1,250.00.

Amount paid on Loan No. ███ 407 with us: $3459.39.

**APPROVAL AND OBTAINING LOAN PROCEEDS.** In order to complete your transaction with us, you must electronically sign this Agreement by clicking the "I Accept" button at the end of this Agreement. Once you sign and submit this Agreement to us, we will verify your information and either approve or deny the loan request. If your application is approved we will use commercially reasonable efforts to initiate an ACH credit entry of the loan proceeds into the Bank Account listed below on or before the Effective Date above, unless the proceeds of this loan are used to repay an existing obligation to us. Therefore, you hereby voluntarily authorize us, our successors or assigns, to initiate an automatic credit entry to your banking account: **Account type: Checking; Bank routing and transit number;** ███████ **; and Account Number** ██████████ ("Bank Account"). You agree that we will initiate a credit entry to your Bank Account for an amount consistent with this Agreement on or before the Effective Date. If you revoke this authorization before we credit the loan proceeds, then we will not be able to deposit the loan proceeds into your Bank Account. We rely on the representations of you and other parties in determining the Effective Date. Despite our best efforts, unavoidable delays as a result of bank holidays, the processing schedule of your individual bank, delays in verification of your information, inadvertent processing errors, "acts of God", and/or "acts of terror" may extend the time for the deposit.

**PROMISE TO PAY.** You promise to pay to us the Total of Payments stated above, on the dates set forth in the Payment Schedule above and other permitted charges. The finance charge under this Agreement is precomputed. The APR disclosed in the Federal Truth-In-Lending Disclosures is calculated on the assumption that all payments will be made when due and that we earn the finance charge on the Effective Date. You promise to timely pay us the amount owing hereunder by making installment payments on the dates listed in the payment schedule set forth above or as modified in accordance with this Agreement ("Due Date(s)"). You agree to make payment in accordance with your selected payment method or as you and we otherwise agree. You understand that if this Agreement is modified (i.e. change in due dates, payment amounts, etc.) any payment authorizations subject to this Agreement will adjust to the modifications. Time is of the essence. If any Due Date falls on a date we are not open for business, then you agree to pay us on the next business day, and we will credit such payment as if we received it on the appropriate Due Date.

**PREPAYMENT.** You may prepay in full at any time and you will not incur an additional charge, fee, or penalty. To make arrangements for a prepayment you must contact us by email at info@maxlend.com or phone at 1-877-936-4336. We will then arrange an authorization to debit funds from your Bank Account or make other arrangements for the prepayment. In the event of prepayment in full, we will apply a refund to your account of the pro-rata finance charge based upon when your prepayment is made. The pro-rata refund of the finance charge will be calculated by dividing the total precomputed finance charge for the current payment period by the total number of days in the payment period, and then multiplying that number by the

**RIGHT TO RESCIND:** You may rescind this Agreement without cost or further obligation if you do so by 5:00 PM CST on the next business day following the Disbursement Date (the "Rescission Deadline"). To rescind this Agreement, you must inform us in writing, by the Rescission Deadline, by either faxing notice to 1-855-558-1460 or e-mailing to info@maxlend.com that you want to rescind this Agreement. In the event that we timely receive your written notice of rescission on or before the Rescission Deadline but before the loan proceeds have been credited to your Bank Account, we will not affect a debit entry to your Bank Account and both our and your obligations under this Agreement will be rescinded. In the event that we timely receive your written notice of rescission on or before the Rescission Deadline but after the loan proceeds have been credited to your Bank Account, we will effect a debit to your Bank Account for the principal amount of your loan. If we receive payment of the principal amount via the debit, ours and your obligations under this Agreement will be rescinded. If we do not receive payment of the principal amount via the debit, then the Agreement will remain in full force and effect until all sums due and owing under this Agreement, including finance charges and/or fees, are repaid in full. NOTE: Rescission of this Agreement does not cancel either party's rights and obligations under the Tribal Dispute Resolution Procedure and Waiver of Jury Trial paragraphs below.

**PAYMENT METHODS:** You are required to make the payments for each installment period on or before the payment Due Dates in your payment schedule and if on the final scheduled payment Due Date you still owe amounts under this Agreement, you are required to pay those amounts in full on that date. During the application process you were provided an option to make payments by either automatic electronic debit authorization (ACH or debit card) or automatic charges to your credit card . In the event that neither method is available for you or us other alternative payment methods as described in this loan agreement or as we otherwise allow may be used. Your payments plus any fees due to us (if applicable) will be automatically initiated by us in accordance with this Agreement and processed by our servicers or agents. PLEASE NOTE: If we are unable to initiate a payment via ACH, debit card or credit card for any reason, then you authorize us to initiate your scheduled payments by remotely created check or as otherwise set forth in this Agreement. If you would like to make alternative payment arrangements for a particular scheduled payment you must within provide notice to Max Lend via email info@maxlend.com or call 1-877-936-4336 three (3) business days prior to the due date. Regardless of the payment method used, a payment must be received by us on or before the scheduled Due Date.

**REFINANCE POLICY:** We, in our sole discretion, will determine whether your Agreement may be refinanced.

**VERIFICATION:** You certify that the information given in connection with this Agreement is true and correct. You authorize us to verify all of the information that you gave us such as any past and/or present employment history, income and bank account details as may be necessary to process your application for a loan, determine Due Dates, and administer your account with us. You specifically authorize us to use information you provided us, including your social security number and/or bank account number, to verify information in your Bank Account through telephone or other electronically initiated bank records initiated by us and processed by us or our servicers or agents. You also give us consent to obtain information about you from consumer reporting agencies and/or other sources. You represent that you are not a debtor under any proceeding in bankruptcy and have no intention to file a petition for relief under any chapter of the United States bankruptcy code.

**ELECTRONIC DEBIT AUTHORIZATION:** If you elected to make payments by electronic debit, then you authorize us, and our successors and assigns, to initiate, and our servicers or agents to process automatic debit entries for payments in accordance with this Agreement from your Bank Account as identified above in the "Approval and Obtaining Loan Proceeds" paragraph.

You agree that we will initiate debit entries on each scheduled payment Due Date or thereafter for the scheduled amount, or any lesser amount you owe. You further authorize us to initiate a separate electronic debit entry for any applicable returned payment fee or other charges in the amounts set forth in your Agreement with us. You authorize us to re-initiate any electronic debit entry up to two additional times for the same amount if the debit entry is dishonored.

If you have elected electronic debit authorization as your payment selection we will always initiate the electronic debit entry through the automated clearinghouse (ACH) system unless for some reason we are prohibited from using the ACH system (other than by your revocation) or you have specifically instructed us to initiate the electronic debit through your debit card. In those instances we will initiate the electronic debit entry to your Bank Account through your debit card (if provided).

You may revoke this authorization by contacting us in writing at P.O. Box 639, Parshall, ND 58770 or by phone at 1-877-936-4336. You must contact us at least three (3) business days prior to when you wish the authorization to terminate and to arrange for alternative methods of payment. If you revoke the authorization, you authorize us to make your payments by remotely created checks as set forth below.

You have the right to receive notice of all transfers varying in amount. You acknowledge that we elected to offer you a specified range of amounts for the recurring electronic debiting (in lieu of providing the notice of transfers in varying amount). The amount of any debit will range from (i) the payment amount provided in this Agreement (which may be less than a scheduled payment if partial prepayments have been made), to (ii) an amount equal to the scheduled payment plus as applicable, any returned payment charges you may owe under this Agreement. For any recurring electronic debit outside of this specified range, we will send you a notice. Therefore, by agreeing to the terms of this authorization you choose to receive notice only when a recurring electronic debit amount exceeds the range specified. You also authorize us to verify all of the information that you have provided, including past and/or current information. You agree that the debit entries authorized herein are voluntary, and that certain entries will recur at substantially regular intervals. If there is any missing or erroneous information in or with your loan application regarding your Bank Account or debit card (if provided), then you authorize us to verify and correct such information. If any payment cannot be obtained by electronic debit, you remain responsible for such payment and any resulting fees under the Agreement.

**CREDIT CARD AUTHORIZATION:** If you elected to make payments by credit card, then you authorize us, and our successors and assigns, to initiate, and our servicers or agents to process automatic charges for payments in accordance with this Agreement from the credit card you have provided to us identified below (your "Card"):

Agreement.

You may revoke this authorization by contacting us in writing at P.O. Box 639, Parshall, ND 58770 or by phone at 1-877-936-4336. You must contact us at least 3 days prior to when you wish the authorization to terminate and to arrange for alternative methods of payment. If you revoke the Card authorization, you authorize us to make your payments by remotely-created checks as set forth below.

You agree that the charge entries authorized herein are voluntary, and that certain charges will recur at substantially regular intervals. If there is any missing or erroneous information in or with your loan application regarding your Card, then you authorize us to verify and correct such information. If any payment cannot be obtained by your Card, you remain responsible for such payment and any resulting fees under the Agreement.

**REMOTELY CREATED CHECK AUTHORIZATION:** If (1) you elected to make payments by Electronic Debit Authorization or Card Authorization and you subsequently revoke the authorization, (2) we are unable to process your payments by electronic debit or Card for any reason, or (3) you have defaulted on a payment, then by electronically signing this Agreement you authorize us to create checks bearing your typed name and other information as may be required under applicable law, rather than your handwritten signature, drawn on your Bank Account ("Remotely Created Check"), and to submit each Remotely Created Check for payment to the Bank or other financial institution in the amount of each payment owing to us under this Agreement on or after each Due Date. A Remotely Created Check may also be known as a demand draft, telecheck, preauthorized draft or paper draft. If a Remotely Created Check is returned unpaid by the Bank or other financial institution, then you authorize us to create and submit a Remotely Created Check for any returned payment fee, or other amounts accrued pursuant to this Agreement. You agree that your typed name or other designation mandated by applicable law will constitute your authorized signature fully reflecting your intent to authenticate any such Remotely Created Check. If you believe we charged your Bank Account in a manner not contemplated by this authorization, please contact us. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay amounts owing, as modified by any partial prepayments. This Remotely Created Check authorization is effective only if you, originally selected electronic debit or credit card as your payment method and then you revoke the authorization, we are unable to process your payments by either method for any reason, or you defaulted on a payment. If you would like to dispute a payment related to a Remotely Created Check, determine whether a payment was genuine, withhold payment of a Remotely Created Check, or obtain re-crediting of amounts we obtained via a Remotely Created Check, contact us by calling 1-877-936-4336.

**ELECTRONIC CHECK RE-PRESENTMENT POLICY.** In the event a check is returned unpaid for insufficient or uncollected funds, we may re-present the check electronically. In the ordinary course of business, the check will not be provided to you with your bank statement, but a copy can be retrieved by contacting your financial institution.

**CHECK CONVERSION NOTIFICATION.** If we agree to allow you to provide a check as payment, you authorize us and our servicers or agents either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. For questions, please contact us at 1-877-936-4336.

**SECURITY INTEREST.** The payment methods indicated in the Truth-in-Lending Disclosures **above** do not create a security interest.

**RETURNED PAYMENT FEE.** You agree to pay a returned payment fee of $30 if your payment is returned unpaid (unless the result of a properly revoked authorization). You authorize us and our agents to make a one-time withdrawal from your Bank Account to collect this returned payment fee. We may only impose this fee once per scheduled installment payment.

**DEFAULT:** You will be in default under this Agreement if: (a) you provide us false or misleading information about yourself, your financial condition (including the Bank Account), or any other matter prior to entering this Agreement, (b) you fail to make a payment by a scheduled Due Date or if your payment is returned to us unpaid for any reason, (c) you agree to make alternative payment arrangements and fail to make those payment(s), or (d) any of the following things occur: appointment of a committee, receiver, or other custodian of any of your property, or the commencement of a case under the U.S. Federal Bankruptcy Laws by or against you as a debtor.

**CONSEQUENCES OF DEFAULT:** If you are in default, you agree that we may take any of the following actions to the extent allowed by applicable law: (1) we may accelerate the maturity of the loan and all other amounts due us and demand payment of the same; (2) we may exercise any of our rights described in the paragraph below entitled "Payment Authorization Upon Default"; (3) we may exercise any other rights or remedies allowed by this Agreement or at law, including but not limited to seeking payment of reasonable attorney's fees in the event of a default and referral to an attorney (not our regularly salaried employee) or to a third party for collections, and (4) we may recover all court, dispute resolution or other collection costs we actually incur.

**DEMAND FEATURE:** We may demand payment, at any time, and from time to time, if our ability to collect amounts owed under this Agreement are materially impaired, in our sole and absolute discretion and whether or not a default has occurred. If we demand payment, then we will accelerate your obligation under this Agreement and initiate a debit in accordance with the "Payment Authorization Upon Default or Demand" paragraph below.

**PAYMENT AUTHORIZATION UPON DEFAULT:** In the event of your default, you separately authorize us, and our successors and assigns, to initiate through our servicers or agents a one-time automatic debit entry to your Bank Account in the amount of the entire outstanding balance, including finance charges and any fees, under this Agreement. You agree that we will initiate the single electronic debit entry only for the outstanding amount owing at the time of acceleration. You authorize us to re-initiate the debit entry up to two (2) additional times if the debit entry is returned unpaid. You authorize us to verify all of the information that you have provided to us relating to your Bank Account. If there is any missing or erroneous information in or with your loan application regarding your Bank Account, then you authorize us to verify and correct such information. You may revoke this Payment

**WAIVER:** No failure to exercise, or delay in exercising, any right, power or privilege hereunder shall operate as a waiver thereof, nor shall any single or partial exercise thereof preclude any other or further exercise thereof or the exercise of any other right, power or privilege.

**CONSUMER REPORTS:** You authorize us to obtain consumer reports about you in connection with your request for credit, and at any time that you owe us money under this or any Agreement.

**REPORT OF NEGATIVE PAYMENT INFORMATION:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your loan may be reflected in your credit report.

**ASSIGNMENT AND EXECUTION:** We may assign or transfer this Agreement or any of our rights hereunder in our sole discretion. If this Agreement is consummated, then you agree that the electronically signed Agreement we receive from you will be considered the original executed Agreement, which is binding and enforceable as to both parties.

**GOVERNING LAW AND FORUM:** The laws of the Tribe ("Tribal law") will govern this Loan Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between you and us, Tribal law shall exclusively apply to such dispute and shall be subject to the Tribal Dispute Resolution Procedures set forth below.

**SOVEREIGN IMMUNITY.** This Agreement together with any related documents are being submitted by you to us as an economic arm, instrumentality, and wholly-owned limited liability company of the Tribe. The Tribe is a federally-recognized American Indian Tribe and enjoys governmental sovereign immunity. Because we and the Tribe are entitled to sovereign immunity, you will be limited as to what claims, if any, you may be able to assert against the Tribe and us.

**PRESERVATION OF SOVEREIGN IMMUNITY:** It is the express intention of the Tribe and us, operating as an economic arm-of-the-tribe, to fully preserve, and not waive either in whole or in part, exclusive jurisdiction, sovereign governmental immunity, and any other rights, titles, privileges, and immunities, to which they are entitled. To protect and preserve the rights of the parties, no person may assume a waiver of immunity except by express written declaration of the Tribe's Governing Board specifically authorizing a waiver for the matter in question.

**TRIBAL DISPUTE RESOLUTION PROCEDURE:** As an accommodation to consumers, the Tribe has established a Tribal Dispute Resolution Procedure (the "Procedure") to review and consider any and all types of complaints made by or on behalf of consumers relating to or arising from the Agreement. The Procedure is found in the Tribal Consumer Financial Services Regulatory Code. You may request a copy of the Tribal Consumer Financial Services Regulatory Code by written request mailed along with a self-addressed postage paid return envelope to Tribal Consumer Financial Services Code Request, Attn: Regulatory Agent, P.O. Box 639, Parshall, ND 58770. We and the Tribe intend and require, to the extent permitted by law, for any complaint lodged, filed, or otherwise submitted by you or on your behalf to follow the Procedure. Under the Procedure, if you have concerns about our operation or otherwise believe you have been aggrieved by some aspect of our operation or any part of our business, you shall direct your concerns or dispute in the first instance to our management, either orally or in writing. Your complaint shall be considered similar in nature to a petition for redress submitted to a sovereign government, without waiver of sovereign immunity and exclusive jurisdiction, and does not create any binding procedural or substantive rights for a petitioner. In the event that you are dissatisfied with our initial determination, you may request review of the initial determination by submitting such request in writing to the Tribal Consumer Financial Services Regulatory Authority ("Authority"), P.O. Box 639, Parshall, ND 58770, no later than ten (10) days after receiving our initial determination. You will have the opportunity to be heard regarding the dispute, in person or through telephonic conference. You may be represented by legal counsel at your own expense. A consumer may then appeal an Authority opinion by submitting such request in writing to the Tribal Governing Board within twenty (20) days of receiving the Authority's final written decision. Any decision of the Tribal Council on appeal shall be final and not subject to further appeal. Any determination by or on behalf of the Tribe or Tribal Consumer Financial Services Regulatory Authority, whether procedural or substantive, shall be made by the Tribe in its sovereign discretion.

**WAIVER OF JURY TRIAL:** The Tribal Dispute Resolution Procedure has been created by the Tribe as a courtesy to consumers and is the sole and exclusive dispute resolution mechanism for disputes and claims arising under this Agreement. **THEREFORE, YOU ACKNOWLEDGE AND AGREE AS FOLLOWS:**

1. For purposes of this Waiver of Jury Trial paragraph and the Tribal Dispute Resolution Procedure paragraph, the words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation: **(a)** all claims, disputes, or controversies arising from or relating directly or indirectly to the signing of this Agreement, the validity and scope of these provisions and any claim or attempt to set aside these provisions; **(b)** all federal or state or Tribal law claims, disputes or controversies, arising from or relating directly or indirectly to the Agreement, the information you gave us before entering into the Agreement, including the customer information application, and/or any past agreement or agreements between you and us; **(c)** all counterclaims, cross-claims and third-party claims; **(d)** all common law claims, based upon contract, tort, fraud, or other intentional torts; **(e)** all claims based upon a violation of any Tribal, state or federal constitution, statute, regulation code or ordinance; **(f)** all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; **(g)** all claims asserted by you individually against us and/or any of our employees, agents, directors, officers, shareholders, governors, managers, members, parent company or affiliated entities ("related third parties"), including claims for money damages and/or equitable or injunctive relief; **(h)** all claims asserted on your behalf by another person; **(i)** all claims asserted by you as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or **(j)** all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any non-public personal information about you.

2. You acknowledge and agree that by entering into this Waiver of Jury Trial Provision:

    A. **YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;**

RELATED THIRD PARTIES; and

C. **YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES.**

3. All disputes including any Representative Claims against us and/or related third parties shall be resolved by the Tribal Dispute Resolution Procedure only on an individual basis with you. **THEREFORE, NO LITIGATION OR ARBITRATION IS AVAILABLE AND NO JUDGE OR ARBITRATOR SHALL CONDUCT CLASS PROCEEDINGS; THAT IS, YOU SHALL BE INELIGIBLE TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN LITIGATION OR ARBITRATION.**

4. All disputes arising out of, relating to, or in connection with this Agreement shall be finally settled under the Tribal Dispute Resolution Procedure.

5. This Waiver of Jury Trial Provision and Tribal Dispute Resolution Procedure provision is binding upon and benefits you, your respective heirs, successors and assigns. This Waiver of Jury Trial Provision and Tribal Dispute Resolution Procedure provision is binding upon and benefits us, our successors and assigns, and related third parties. This Waiver of Jury Trial Provision and Tribal Dispute Resolution Procedure provision continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. This Waiver of Jury Trial Provision and Tribal Dispute Resolution Procedure provision survives any rescission, termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. If any of this Waiver of Jury Trial Provision or Tribal Dispute Resolution Procedure provision is held invalid, the remainder shall remain in effect. **Your right to file suit against us for any claim or dispute arising from or relating to this Agreement is limited by the WAIVER OF JURY TRIAL AND THE TRIBAL DISPUTE RESOLUTION PROCEDURE provisions.**

**TELEPHONE CONSUMER PROTECTION ACT DISCLOSURE:** If you agreed to be contacted by MaxLend, or our affiliates, at the phone numbers provided by you in your loan application. You agree that this authorization includes marketing calls to your wireless number if you have provided a wireless number. You agree that such contact may include phone calls generated from an automated telephone dialing system. You understand that you do not have to agree to such authorization in order to qualify for a loan.

You further authorize Max Lend (or our agents) to send marketing text messages to the wireless number you provided using an automatic telephone dialing system. You are not required to authorize marketing text messages to obtain credit or other services from us. If you do not wish to receive sales or marketing text messages from us you should **not** check the relevant box at the end of this process. You understand that any messages we send you may be accessed by anyone with access to your text messages. You also understand that your mobile phone service provider may charge you fees for text messages that we send you, and you agree that we shall have no liability for the cost of any such text messages.

**SMS STATEMENT NOTIFICATIONS DISCLOSURE:** This SMS Statement Notifications Disclosure (this "Disclosure") applies to each account you have with MaxLend for which you have elected to receive Short Message Service ("SMS") messages.

As used in this SMS Statement Notifications Disclosure, "SMS Statement Notifications" means any SMS (text message) communications from us to you pertaining to your Loan, sent to the phone numbers listed on your application, including but not limited to payment information, account information, due dates, delinquent accounts, program updates, promotions, coupons and other marketing messages.

1. **How to Unsubscribe:** You may withdraw your consent to receive SMS Statement Notifications by changing your preference on the Notification Settings page within www.maxlend.com. Alternatively, you may call us at 1-877-936-4336. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive SMS Statement Notifications. We will not impose any fee to process the withdrawal of your consent to receive SMS Statement Notifications. Any withdrawal of your consent to use SMS Statement Notifications will be effective only after we have a reasonable period of time to process your withdrawal.

**You may opt- out** and remove your SMS approval for additional messages by sending "STOP", "END", "CANCEL", "UNSUBSCRIBE", "REMOVE", "QUIT", or "STOPALL" to the SMS text message you have received. If you remove your SMS approval from our database, your number will no longer be used for secondary purposes, disclosed to third parties and used by us for third parties to send promotional correspondence to you.

2. To request additional information, contact us by telephone at 1-877-936-4336. For help of additional information regarding our texting services email us at info@maxlend.com or reply "HELP" anytime from your mobile device to the message you receive.

3. The services are available on the following carriers: AT&T, Verizon Wireless, T-Mobile, Sprint, Nextel, Dobson, U.S. Cellular, and Virgin Mobile. Additional carriers are added as they become available.

4. In order to access, view, and retain SMS Statement Notifications that we make available to you, you must have: (1) an SMS-capable mobile phone, (2) an active mobile phone account with a communication service provider; and (3) sufficient storage capacity on your mobile phone.

5. All SMS Statement Notifications in electronic format from us to you will be considered "in writing."

6. There is no service fee for SMS Statement Notifications but you are responsible for any and all charges, including but not limited to fees associated with text messaging, imposed by your communications service provider. Other charges may apply. Such charges may include those from your communications service provider. Please consult your mobile service carrier's pricing plan to determine the charges for sending and

to you and that your communication services provider is acting as your agent in this capacity. You agree to provide a valid mobile phone number for these services so that we may send you certain information about your loan. Additionally, you agree to indemnify, defend and hold us harmless from and against any and all claims, losses, liability, cost and expenses (including reasonable attorneys' fees) arising from your provision of a mobile phone number that is not your own or your violation of applicable federal, state, Tribal or local law, regulation or ordinance. Your obligation under this paragraph shall survive termination of this Agreement. SMS Statement Notifications are provided for your convenience only. Receipt of each SMS Statement may be delayed or impacted by factor(s) pertaining to your communications service provider(s). We will not be liable for losses or damages arising from any disclosure of account information to third parties, non-delivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the SMS Statement Notifications sent by us.

8.  We may modify or terminate SMS from time to time, for any reason, and without notice, including the right to terminate text messaging with or without notice, without liability to you, any other user or a third party. We reserve the right to modify these Terms of Use from time to time without notice. Please review these Terms of Use from time to time so that you are timely notified of any changes.

## PRIVACY POLICY

| FACTS | WHAT DOES MaxLend DO WITH YOUR PERSONAL INFORMATION? | | |
|---|---|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. | | |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social Security number and bank account information<br>• account balances and income<br>• payment history and credit history | | |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reason Max Lend chooses to share; and whether you can limit this sharing. | | |

| Reasons we can share your personal information | Does MaxLend share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes â€" such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes â€" to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | Yes | No |
| For our affiliates' everyday business purposes â€" information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes â€" information about your creditworthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For nonaffiliates to market to you | Yes | Yes |

| To limit our sharing | • Call 1-877-936-4336 â€" our menu will prompt you through your choice(s) or<br>• Visit us on the web at www.maxlend.com<br><br>Please note:<br>If you are a new customer, we can begin sharing your information 30 days from the date you sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br>However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call 1-877-936-4336 or go to www.maxlend.com |

| Who we are | |
|---|---|
| Who is providing this notice? | Max Lend is providing this privacy policy and it applies to all loans made by the company and all products and services offered in connection with such loans. |

| What we do | |
|---|---|
| How does Max Lend protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does Max Lend collect my personal information? | We collect your personal information, for example, when you<br><br>• Apply for a loan<br>• Give us your income information<br>• Tell us where to send the money<br>• Provide account information<br>• Provide employment information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br><br>• sharing for affiliates' everyday business purposes â€" information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control.<br><br>Our affiliates include financial companies such as other lenders and non-financial companies such as marketing and servicing companies. |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• *Nonaffiliates we share with can include other lenders and direct marketing companies.* |

| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. |
| --- | --- |
| | • *Our joint marketing partners can include institutions such as other lenders or marketers .* |

**IMPORTANT NOTICE:** THIS LOAN IS NOT INTENDED TO MEET LONG-TERM FINANCIAL NEEDS. THIS LOAN SHOULD BE USED ONLY TO MEET SHORT-TERM CASH NEEDS. RENEWING THE LOAN RATHER THAN PAYING THE DEBT IN FULL WHEN DUE WILL REQUIRE PAYMENT OF ADDITIONAL FINANCE CHARGES.

**IMPORTANT ACKNOWLEDGEMENTS:**

**YOU AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION RELATED TO OR ARISING OUT OF OUR SERVICES, THE SERVICES OF OUR SERVICERS OR AGENTS, AND/OR THIS AGREEMENT.**

BY CLICKING THE ACKNOWLEDGMENT BUTTON BELOW:

- YOU ARE ELECTRONICALLY SIGNING THIS AGREEMENT.
- YOU AGREE THAT THIS ELECTRONIC SIGNATURE HAS THE FULL FORCE AND EFFECT OF YOUR PHYSICAL SIGNATURE AND THAT IT BINDS YOU TO THIS AGREEMENT IN THE SAME MANNER A PHYSICAL SIGNATURE WOULD. YOU CERTIFY THAT THE INFORMATION GIVEN IN CONNECTION WITH THIS AGREEMENT IS TRUE AND CORRECT.
- YOU AUTHORIZE MAX LEND TO VERIFY THE INFORMATION GIVEN IN CONNECTION WITH THIS AGREEMENT AND GIVE MAX LEND CONSENT TO OBTAIN INFORMATION ON YOU FROM CONSUMER REPORTING AGENCIES OR OTHER SOURCES AND SERVICES.
- YOU ACKNOWLEDGE THAT: (A) YOU HAVE READ, UNDERSTAND, AND AGREE TO ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT INCLUDING THE JURY TRIAL WAIVER AND PROCEDURE PROVISION AS WELL AS THE PRIVACY NOTICE, (B) THIS AGREEMENT WAS FILLED IN BEFORE YOU SIGNED IT, AND (C) THAT YOU HAVE PRINTED OR DOWNLOADED A COMPLETED COPY OF THIS AGREEMENT FOR YOUR RECORDS. YOU FURTHER ACKNOWLEDGE THAT THIS AGREEMENT IS SUBJECT TO APPROVAL BY MAX LEND.

**Lender: Makes Cents, Inc. d/b/a MaxLend**

**Borrower:**

Patrick Inscho

Note the empty document field



"BlueChip Financial, a tribally-owned entity organized under and governed by the laws of the Turtle Mountain Band of Chippewa Indians of North Dakota,"

4) MAXLEND dba Make Cents Inc

DATE :6/30/16

AMOUNT: 1250

PAYMENT: 288.30

