UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PATRICK INSCHO, *et al.*,

    Plaintiffs,

v.                               Civil Action No. 1:17-cv-00674-LMB-JFA

DAVID JOHNSON, *et al.*,

    Defendants.

### AGREED ORDER

This matter came before the Court on Defendants David Johnson, Kirk Chewning and Cane Bay Partners, VI, LLLP's (collectively, the "Defendants") Consent Motion for an Extension of Time to respond to the Complaint filed by Plaintiffs Patrick Inscho, Steven Pike, Donna Firkin, Dianne Turner and Loretta Brickey (collectively, the "Plaintiffs").

Upon consideration of the motion, for good cause shown, and it appearing to the Court that Plaintiffs consent to the extension, as evidenced by the endorsement hereto by counsel of record for Plaintiffs, it is hereby

**ORDERED** that this consent Motion for Extension of Time is **GRANTED**. Defendants shall file their responsive pleadings to Plaintiffs' Complaint on or before August 31, 2017, which shall be deemed timely filed. *No further extensions will be considered.*

Entered this 26th day of July, 2017.

                                                            /s/
                                                     John F. Anderson
                                         United States Magistrate Judge

2

WE ASK FOR THIS:

By:/s/David N. Anthony
David N. Anthony (VSB No. 31696)
*Counsel for Defendants*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

SEEN AND AGREED:

By: /s/ Kristi C. Kelly w/ permission
Kristi C. Kelly (VSB No. 82170)
Andrew J. Guzzo (VSB No. 72791)
*Counsel for Plaintiffs*
KELLY & CRANDALL PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7570
Facsimile: 703-591-0167
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com