**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**PATRICK INSCHO,** *et al.*,

    Plaintiffs,

v.   Civil Action No. 1:17-cv-00674-LMB-JFA

**DAVID JOHNSON,** *et al.,*

    Defendants.

**DEFENDANTS' CONSENT MOTION TO EXTEND DEADLINE**
**TO FILE REPLY MEMORANDA**

Defendants, David Johnson, Kirk Chewning and Cane Bay Partners, VI, LLLP (collectively, the "Defendants"), by counsel, and with the consent of Plaintiffs, hereby move to extend the deadline to file their reply briefs. A memorandum in support of Defendants' motion is filed contemporaneously herewith and incorporated herein by reference.

    **DAVID JOHNSON, KIRK CHEWNING and**
    **CANE BAY PARTNERS, VI, LLLP**

    By: /s/David N. Anthony
    David N. Anthony
    Virginia State Bar No. 31696
    *Counsel for Defendants*
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, Virginia 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutmansanders.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of October, 2017, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Kristi C. Kelly
Andrew J. Guzzo
Kelly & Crandall, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7570
Facsimile: (703) 591-0167
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com

*Counsel for Plaintiffs*

      /s/ David N. Anthony
      David N. Anthony
      Virginia State Bar No. 31696
      *Counsel for Defendants*
      TROUTMAN SANDERS LLP
      1001 Haxall Point
      Richmond, Virginia 23219
      Telephone: (804) 697-5410
      Facsimile: (804) 698-5118
      Email: david.anthony@troutmansanders.com