IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PATRICK INSCHO, et al., On Behalf of Themselves and All Individuals Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID JOHNSON, et al.,<br><br>Defendants. | 1:17-cv-674 (LMB/JFA) |

## ORDER

Before the Court are defendants' Consent Motion for a Temporary Stay [Dkt. No. 37] and Consent Motion to Extend the Deadline to File a Reply Memorandum [Dkt. No. 39], both of which cite to the recent impact of Hurricanes Irma and Maria on St. Croix in the United States Virgin Islands, where defendants David Johnson, Kirk Chewning, and Cane Bay Partners, VI, LLLP are located.

Both motions establish good cause for the relief requested. Accordingly, both motions are GRANTED; and it is hereby

ORDERED that all deadlines in this civil action be and are STAYED for two months, and it is further

ORDERED that the parties file a status report on or before December 15, 2017.

The Clerk is directed to remove argument on defendants' Motions to Dismiss [Dkt. Nos. 26, 28, & 30] from the October 20, 2017 docket, forward copies of this Order to counsel of record, and remove this civil action from the active docket of the Court.

Entered this 17 day of October, 2017.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge