**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**PATRICK INSCHO,** *et al.***,**

      **Plaintiffs,**

**v.**                                            **Civil Action No. 1:17-cv-00674-LMB-JFA**

**DAVID JOHNSON,** *et al.,*

      **Defendants.**

**<u>JOINT STATUS REPORT</u>**

Plaintiffs and Defendants, by counsel, hereby submit this joint status report pursuant to the terms of the Court's October 17, 2017 Order (Dkt. No. 41).

On November 29, 2017, the parties attended an all-day mediation session in Washington, D.C.  The Hon. Barry Poertz served as mediator.  At the mediation, the parties reached an agreement in principle to resolve the claims of all of the parties with prejudice.

The parties continue to work to memorialize their agreement.  Therefore, the parties request that they be provided an additional forty five (45) days – until January 30, 2018 – to either file a joint notice of dismissal with prejudice or provide a further joint status report to the Court.

WHEREFORE, the parties hereby respectfully request that the Court: (1) require that the parties submit a joint notice of dismissal with prejudice or a further joint status report by January 30, 2018; and (2) grant them any such other and further relief as may be appropriate.

**WE ASK FOR THIS:**

By:/s/ Kristi Kelly
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA  22030
Telephone: (703) 424-7570
Facsimile: (703) 591-0167
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com

*Counsel for Plaintiffs*

By:/s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Defendants*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Va  23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2017, I electronically filed the foregoing

pleading with the Clerk of the Court using the CM/ECF System which will then send a notification

of such filing (NEF) to the following:

Kristi C. Kelly
Andrew J. Guzzo
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA  22030
Telephone: (703) 424-7570
Facsimile: (703) 591-0167
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com

Jeffrey Kaliel
Andrew Silver
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, D.C.  20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
jkaliel@tzlegal.com
asilver@tzlegal.com

*Counsel for Plaintiffs*

/s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Defendants*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA  23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

3