IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PATRICK INSCHO, et al., On Behalf of Themselves )
  and All Individuals Similarly Situated, )
)
      Plaintiffs, )
)   1:17-cv-674 (LMB/JFA)
v. )
)
DAVID JOHNSON, et al., )
)
      Defendants.

ORDER

Before the Court is the parties' Joint Status Report [Dkt. No. 42], which explains that the parties have reached an agreement in principle to resolve all claims in this litigation but need additional time to memorialize the agreement. Accordingly, the parties request a forty-five (45) day extension of the stay that is currently in place to allow them to finalize their settlement agreement. Because the Status Report establishes good cause for the requested relief, it is hereby

ORDERED that all deadlines in this civil action continue to be STAYED until January 30, 2018, and it is further

ORDERED that the plaintiffs file a motion for dismissal of this action by January 30, 2018.

No further stay of this action will be granted.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 18 day of December, 2017.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge