# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

PATRICK INSCHO, *et al.*,

    Plaintiffs,

v.                       Civil Action No. 1:17-cv-00674-LMB-JFA

DAVID JOHNSON, *et al.,*

    Defendants.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Patrick Inscho, Steven Pike, Donna Firkin, Dianne Turner and Loretta Brickey and Defendants, David Johnson, Kirk Chewning and Cane Bay Partners, VI, LLLP, hereby stipulate that all of Plaintiffs' claims against the Defendants are hereby dismissed with prejudice and each party shall bear its own attorney's fees and costs.

Respectfully submitted this 13th day of February, 2018.

| | |
|---|---|
| /s/ Kristi C. Kelly | /s/ David N. Anthony |
| Kristi Cahoon Kelly, Esq. | David N. Anthony |
| Virginia State Bar No. 72791 | Virginia State Bar No. 31696 |
| Andrew J. Guzzo, Esq. | *Counsel for Defendants* |
| Virginia State Bar No. 82170 | TROUTMAN SANDERS LLP |
| *Attorneys for Plaintiffs* | 1001 Haxall Point |
| KELLY & CRANDALL, PLC | Richmond, VA 23219 |
| 4084 University Drive, Suite 202A | Telephone: (804) 697-1200 |
| Fairfax, VA 22030 | Facsimile: (804) 698-1339 |
| Telephone: (703) 424-7572 | Email: david.anthony@troutmansanders.com |
| Facsimile: (703) 591-0167 | |
| Email: kkelly@kellyandcrandall.com | |
| Email: aguzzo@kellyandcrandall.com | |

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2018, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Kristi C. Kelly<br>Andrew J. Guzzo<br>Casey S. Nash<br>KELLY & CRANDALL, PLC<br>3925 Chain Bridge Road, Suite 202<br>Fairfax, VA 22030<br>Telephone: (703) 424-7570<br>Facsimile: (703) 591-0167<br>Email: kkelly@kellyandcrandall.com<br>Email: aguzzo@kellyandcrandall.com<br>Email: casey@kellyandcrandall.com<br>*Counsel for Plaintiff* | Jeffrey Kaliel<br>Andrew Silver<br>TYCKO & ZAVAREEI LLP<br>1828 L Street, N.W., Suite 1000<br>Washington, D.C. 20036<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br>Email: jkaliel@tzlegal.com<br>Email: asilver@tzlegal.com<br>*Counsel for Plaintiff* |

/s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Defendants*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

34032976