UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**PATRICK INSCHO,** *et al.,*

    **Plaintiffs,**

v.                                                            Civil Action No. 1:17-cv-00674-LMB-JFA

**DAVID JOHNSON,** *et al.,*

    **Defendants.**

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Patrick Inscho, Steven Pike, Donna Firkin, Dianne Turner and Loretta Brickey and Defendants, David Johnson, Kirk Chewning and Cane Bay Partners, VI, LLLP, hereby stipulate that all of Plaintiffs' claims against the Defendants are hereby dismissed with prejudice and each party shall bear its own attorney's fees and costs.

Respectfully submitted this 13th day of February, 2018.

| | |
|---|---|
| /s/ Kristi C. Kelly | /s/ David N. Anthony |
| Kristi Cahoon Kelly, Esq. | David N. Anthony |
| Virginia State Bar No. 72791 | Virginia State Bar No. 31696 |
| Andrew J. Guzzo, Esq. | *Counsel for Defendants* |
| Virginia State Bar No. 82170 | TROUTMAN SANDERS LLP |
| *Attorneys for Plaintiffs* | 1001 Haxall Point |
| KELLY & CRANDALL, PLC | Richmond, VA 23219 |
| 4084 University Drive, Suite 202A | Telephone: (804) 697-1200 |
| Fairfax, VA 22030 | Facsimile: (804) 698-1339 |
| Telephone: (703) 424-7572 | Email: david.anthony@troutmansanders.com |
| Facsimile: (703) 591-0167 | |
| Email: kkelly@kellyandcrandall.com | |
| Email: aguzzo@kellyandcrandall.com | |

So Ordered

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge    2/14/18